Surety Company el 18 de abril de 1913. Resuelto en mayo 1, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 515. Ex parte Axtmayer, Apelante, v. El Pueblo, Apelado.—Procedimiento de *habeas corpus*. Petición apelando para ante la Corte Suprema de los Estados Unidos de la sentencia dictada por esta corte el 22 de abril de 1913. Resuelto en mayo 2, 1913. Denegada la apelación fundada en la sección 35 de la Ley Foraker, 244 del Código Judicial de los Estados Unidos y la resolución de esta corte en el caso de *El Pueblo* v. *Burgos,* 18 D. P. R., 1095. Abogado del apelante: *Sr. E. B. Wilcox.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 387. Ex parte Leopoldo Tormes García.—Solicitud para que se apruebe la fianza notarial No. 3200 otorgada por la National Surety Company el 5 de mayo de 1913. Resuelto en Mayo 5, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 335. Ex parte Ernesto Díaz Arana.—Solicitud para que se apruebe la fianza notarial No. 2266 otorgada por la National Surety Company en 26 de marzo de 1913. Resuelto en mayo 8, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 390. Ex parte Rafael R. Rivera.—Solicitud para que se apruebe la fianza notarial No. 2305 otorgada por la National Surety Company el 8 de mayo, 1913. Resuelto en mayo 9, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio